THE HONORABLE BRIAN D. LYNCH
CHAPTER 13
HEARING DATE: April 14, 2022
HEARING TIME: 1:30 P.M.
LOCATION: Tacoma
RESPONSE DATE: April 7, 2022

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

JASON ALBERT OVERTON and
ROSEMARENA MAE OVERTON,

Debtors.

Case No.: 17-40242-BDL

NOTICE OF HEARING AND MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

## NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion for Determination of Final Cure and Payment will be heard before the Honorable Brian D. Lynch at **1:30 P.M. on April 14, 2022**, at the U.S. Bankruptcy Courthouse, 1717 Pacific Avenue, Courtroom I, Tacoma, WA 98402.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **April 7, 2022**. You should also appear at the time of

NOTICE OF HEARING AND MOTION FOR
FINAL CURE AND PAYMENT - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 17-40242-BDL    Doc 56    Filed 03/21/22    Ent. 03/21/22 07:03:57    Pg. 1 of 3

hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

## MOTION

**COMES NOW**, Michael G. Malaier, the Chapter 13 Standing Trustee, and hereby requests the Court make determination of final cure and payment pursuant to Fed. R. Bankr. P. 3002.1(h) as follows:

Debtors' Chapter 13 plan was confirmed on April 14, 2017, providing for payment of the claim of Wells Fargo Mortgage (ECF No. 7) which was later transferred to Rushmore Loan Management Services ("Creditor") (ECF No. 51) to be made through the plan.

According to Trustee's records at the time of filing this Motion, Debtors are current on their pre and post-petition mortgage payments through April, 2022, with the next mortgage payment due May 2, 2022. *See* Declaration of Tracy Maher. Trustee's records reflect that Debtors' pre-petition mortgage arrears have been paid in full. *Id*. Since the Debtors' plan was confirmed, a total of $120,753.48 has been disbursed to Creditor. Additional payments may be disbursed prior to the hearing.

Trustee has reached out to Creditor to determine the basis of the claimed difference in accounting, but to date, has not received any response. The only issue preventing closure of this case and issuance of Trustee's Final Report is a determination as to the post-petition status of Creditor's claim. It is prejudicial to the Debtors to allow Creditor to prevent the closure of this case based on the assertion of an unsupported discrepancy and instead raise the issue after all payments have been made under the plan.

NOTICE OF HEARING AND MOTION FOR
FINAL CURE AND PAYMENT              - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 17-40242-BDL    Doc 56    Filed 03/21/22    Ent. 03/21/22 07:03:57    Pg. 2 of 3

**WHEREFORE** the Trustee respectfully requests that the Court make a determination that the Debtors have cured the default and made all ongoing payments under the terms of the plan and that the loan is current through April, 2022, as of the date of this motion.

**DATED** this 18th day of March, 2022.

_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE OF HEARING AND MOTION FOR
FINAL CURE AND PAYMENT       - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 17-40242-BDL    Doc 56    Filed 03/21/22    Ent. 03/21/22 07:03:57    Pg. 3 of 3