| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jason Albert Overton |
| Debtor 2 (Spouse, if filing) | Rosemarena Mae Overton |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number | 17-40242-BDL |

# Form 4100R
# Response to Notice of Final Cure Payment  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5022

**Property address:** 22022 127th St E
Bonney Lake, WA 98391

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $_____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 1,391.83

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $_____

c. **Total.** Add lines a and b.  (c) $1,391.83

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  02 / 01 / 2022

Per NDC check #719261 disbursed on 01/31/22 in the amount of $1,391.83, has yet to be received.

| Debtor 1 | Jason Albert Overton | Case Number (if known) | 17-40242-BDL |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*
☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Erica Loftis          Date   02/11/2022
   Signature
Print:  Erica Loftis         Title  Bankruptcy Attorney

Company    Ghidotti | Berger LLP

Address    1920 Old Tustin Avenue
           Number        Street
           Santa Ana, CA 92705
           City        State        Zip Code

Contact phone  (949) 427-2010        Email   bknotifications@ghidottiberger.com



Plan modify 08/01/2018-09/01/2020
Payment at $1345.53

| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 01/01/17 | 979.76 | 341.94 | 1,321.70 | |
| 08/01/17 | 979.76 | 386.45 | 1,366.21 | |
| 08/01/18 | 979.76 | 365.77 | 1,345.53 | |
| | | | | |
| 08/01/20 | 979.76 | 414.45 | 1,394.21 | |
| 03/01/21 | 979.76 | 412.07 | 1,391.83 | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | | | |
| | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | OVERTON |
| Date Filed: | 12/6/2017 |
| BK Case # | 17-40242 |
| | |
| First Post Petition Due Date: | 1/1/2017 |
| POC covers: | 01/01/2015-01-01-17 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due D | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/28/2017 | $1,908.16 | POST | 1/1/17 | | $1,321.70 | $586.46 | $586.46 | | $586.46 | | | | $0.00 | $0.00 | | |
| 5/31/2017 | $3,145.38 | POST | 02/01/2017-03/01/2017 | | $2,643.40 | $501.98 | $501.98 | | $1,088.44 | | | | $0.00 | $0.00 | | |
| 6/30/2017 | $2,072.45 | POST | 04/01/2017-05/01/2017 | | $2,643.40 | -$570.95 | | $570.95 | $517.49 | | | | $0.00 | $0.00 | | |
| 7/31/2017 | $2,079.00 | POST | 6/1/17 | | $1,321.70 | $757.30 | $757.30 | | $1,274.79 | | | | $0.00 | $0.00 | | |
| 8/31/2017 | $2,084.06 | POST | 07/01/2017-08/01/2017 | | $2,687.91 | -$603.85 | | $603.85 | $670.94 | | | | $0.00 | $0.00 | | |
| 9/29/2017 | $2,105.99 | POST | 09/01/2017-10/01/2017 | | $2,732.42 | -$626.43 | | $626.43 | $44.51 | | | | $0.00 | $0.00 | | |
| 9/29/2017 | $536.33 | pre | | | | $536.33 | | | $44.51 | | $536.33 | | $536.33 | $536.33 | | |
| 10/31/2017 | $1,366.21 | POST | 11/1/17 | | $1,366.21 | $0.00 | | | $44.51 | | | | $536.33 | $536.33 | | |
| 10/31/2017 | $722.19 | pre | | | | $722.19 | | | $44.51 | | $722.19 | | $1,258.52 | $1,258.52 | | |
| 11/30/2017 | $1,366.21 | POST | 12/1/17 | | $1,366.21 | $0.00 | | | $44.51 | | | | $1,258.52 | $1,258.52 | | |
| 11/30/2017 | $722.19 | pre | | | | $722.19 | | | $44.51 | | $722.19 | | $1,980.71 | $1,980.71 | | |
| 12/29/2017 | $1,366.21 | POST | 1/1/18 | | $1,366.21 | $0.00 | | | $44.51 | | | | $1,980.71 | $1,980.71 | | |
| 12/29/2017 | $1,274.29 | pre | | | | $1,274.29 | | | $44.51 | | $1,274.29 | | $3,255.00 | $3,255.00 | | |
| 1/31/2018 | $1,366.21 | POST | 2/1/18 | | $1,366.21 | $0.00 | | | $44.51 | | | | $3,255.00 | $3,255.00 | | |
| 1/31/2018 | $1,274.29 | pre | | | | $1,274.29 | | | $44.51 | | $1,274.29 | | $4,529.29 | $4,529.29 | | |
| 3/14/2018 | $1,366.21 | POST | 3/1/18 | | $1,366.21 | $0.00 | | | $44.51 | | | | $4,529.29 | $4,529.29 | | |
| 3/14/2018 | $170.09 | pre | | | | $170.09 | | | $44.51 | | $170.09 | | $4,699.38 | $4,699.38 | | |
| 4/12/2018 | $1,366.21 | POST | 4/1/18 | | $1,366.21 | $0.00 | | | $44.51 | | | | $4,699.38 | $4,699.38 | | |
| 4/12/2018 | $1,274.29 | pre | | | | $1,274.29 | | | $44.51 | | $1,274.29 | | $5,973.67 | $5,973.67 | | |
| 5/10/2018 | $1,366.21 | POST | 5/1/18 | | $1,366.21 | $0.00 | | | $44.51 | | | | $5,973.67 | $5,973.67 | | |
| 5/10/2018 | $722.19 | pre | | | | $722.19 | | | $44.51 | | $722.19 | | $6,695.86 | $6,695.86 | | |
| 6/13/2018 | $1,354.29 | POST | 6/1/18 | | $1,366.21 | -$11.92 | | $11.92 | $32.59 | | | | $6,695.86 | $6,695.86 | | |
| 7/13/2018 | $1,357.45 | POST | 7/1/18 | | $1,366.21 | -$8.76 | | $8.76 | $23.83 | | | | $6,695.86 | $6,695.86 | | |
| 8/13/2018 | $1,357.45 | POST | 8/1/18 | | $1,345.53 | $11.92 | $11.92 | | $35.75 | | | | $6,695.86 | $6,695.86 | | |
| 9/13/2018 | $1,345.53 | POST | 9/1/18 | | $1,345.53 | $0.00 | | | $35.75 | | | | $6,695.86 | $6,695.86 | | |
| 10/11/2018 | $469.55 | pre | | | | $469.55 | | | $35.75 | | $469.55 | | $7,165.41 | $7,165.41 | | |
| 10/11/2018 | $1,345.53 | POST | 10/1/18 | | $1,345.53 | $0.00 | | | $35.75 | | | | $7,165.41 | $7,165.41 | | |
| 11/13/2018 | $1,345.53 | POST | 11/1/18 | | $1,345.53 | $0.00 | | | $35.75 | | | | $7,165.41 | $7,165.41 | | |
| 11/13/2018 | $1,296.47 | pre | | | | $1,296.47 | | | $35.75 | | $1,296.47 | | $8,461.88 | $8,461.88 | | |
| 12/13/2018 | $1,345.53 | POST | 12/1/18 | | $1,345.53 | $0.00 | | | $35.75 | | | | $8,461.88 | $8,461.88 | | |
| 12/13/2018 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $9,205.95 | $9,205.95 | | |
| 1/14/2019 | $1,345.53 | POST | 1/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $9,205.95 | $9,205.95 | | |
| 1/14/2019 | $191.67 | pre | | | | $191.67 | | | $35.75 | | $191.67 | | $9,397.62 | $9,397.62 | | |
| 2/15/2019 | $1,345.53 | POST | 2/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $9,397.62 | $9,397.62 | | |
| 2/15/2019 | $1,848.82 | pre | | | | $1,848.82 | | | $35.75 | | $1,848.82 | | $11,246.44 | $11,246.44 | | |
| 3/14/2019 | $744.07 | PRE | | | | $744.07 | | | $35.75 | | $744.07 | | $11,990.51 | $11,990.51 | | |
| 3/14/2019 | $1,345.53 | POST | 3/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $11,990.51 | $11,990.51 | | |
| 4/11/2019 | $1,345.53 | POST | 4/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $11,990.51 | $11,990.51 | | |
| 4/11/2019 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $12,734.58 | $12,734.58 | | |
| 5/13/2019 | $1,345.53 | POST | 5/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $12,734.58 | $12,734.58 | | |
| 5/13/2019 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $13,478.65 | $13,478.65 | | |
| 6/11/2019 | $1,345.53 | POST | 6/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $13,478.65 | $13,478.65 | | |
| 6/11/2019 | $1,296.47 | pre | | | | $1,296.47 | | | $35.75 | | $1,296.47 | | $14,775.12 | $14,775.12 | | |
| 7/10/2019 | $1,345.53 | POST | 7/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $14,775.12 | $14,775.12 | | |
| 7/10/2019 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $15,519.19 | $15,519.19 | | |
| 8/13/2019 | $1,345.53 | POST | 8/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $15,519.19 | $15,519.19 | | |
| 8/13/2019 | $1,296.47 | pre | | | | $1,296.47 | | | $35.75 | | $1,296.47 | | $16,815.66 | $16,815.66 | | |
| 9/11/2019 | $1,345.53 | POST | 9/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $16,815.66 | $16,815.66 | | |
| 9/11/2019 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $17,559.73 | $17,559.73 | | |
| 10/15/2019 | $1,345.53 | POST | 10/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $17,559.73 | $17,559.73 | | |
| 10/15/2019 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $18,303.80 | $18,303.80 | | |
| 11/14/2019 | $1,345.53 | POST | 11/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $18,303.80 | $18,303.80 | | |
| 11/14/2019 | $1,296.47 | pre | | | | $1,296.47 | | | $35.75 | | $1,296.47 | | $19,600.27 | $19,600.27 | | |
| 12/17/2019 | $1,345.53 | POST | 12/1/19 | | $1,345.53 | $0.00 | | | $35.75 | | | | $19,600.27 | $19,600.27 | | |
| 12/17/2019 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $20,344.34 | $20,344.34 | | |
| 1/15/2020 | $1,345.53 | POST | 1/1/20 | | $1,345.53 | $0.00 | | | $35.75 | | | | $20,344.34 | $20,344.34 | | |
| 1/15/2020 | $1,296.47 | pre | | | | $1,296.47 | | | $35.75 | | $1,296.47 | | $21,640.81 | $21,640.81 | | |
| 2/19/2020 | $1,345.53 | POST | 2/1/20 | | $1,345.53 | $0.00 | | | $35.75 | | | | $21,640.81 | $21,640.81 | | |
| 2/19/2020 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $22,384.88 | $22,384.88 | | |
| 3/13/2020 | $1,345.53 | POST | 3/1/20 | | $1,345.53 | $0.00 | | | $35.75 | | | | $22,384.88 | $22,384.88 | | |
| 3/13/2020 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $23,128.95 | $23,128.95 | | |
| 4/14/2020 | $1,345.53 | POST | 4/1/20 | | $1,345.53 | $0.00 | | | $35.75 | | | | $23,128.95 | $23,128.95 | | |
| 4/4/2020 | $744.07 | pre | | | | $744.07 | | | $35.75 | | $744.07 | | $23,873.02 | $23,873.02 | | |
| 5/19/2020 | $1,345.53 | POST | 5/1/20 | | $1,345.53 | $0.00 | | | $35.75 | | | | $23,873.02 | $23,873.02 | | |
| 5/19/2020 | $402.15 | pre | | | | $402.15 | | | $35.75 | | $402.15 | | $24,275.17 | $24,275.17 | | |
| 6/12/2020 | $1,345.53 | POST | 6/1/20 | | $1,345.53 | $0.00 | | | $35.75 | | | | $24,275.17 | $24,275.17 | | |
| 7/14/2020 | $1,345.53 | POST | 7/1/20 | | $1,345.53 | $0.00 | | | $35.75 | | | | $24,275.17 | $24,275.17 | | |
| 8/17/2020 | $1,394.21 | POST | 8/1/20 | | $1,394.21 | $0.00 | | | $35.75 | | | | $24,275.17 | $24,275.17 | | |
| 8/17/2020 | $355.88 | | | | | $355.88 | $355.88 | | $391.63 | | | | $24,275.17 | $24,275.17 | | |
| 9/10/2020 | $1,387.61 | POST | 9/1/20 | | $1,394.21 | -$6.60 | | $6.60 | $385.03 | | | | $24,275.17 | $24,275.17 | | |
| 10/20/2020 | $1,394.21 | POST | 10/1/20 | | $1,394.21 | $0.00 | | | $385.03 | | | | $24,275.17 | $24,275.17 | | |
| 11/19/2020 | $394.21 | | | | | $394.21 | $394.21 | | $779.24 | | | | $24,275.17 | $24,275.17 | | |
| 11/19/2020 | $793.82 | Pre | | | | $793.82 | | | $779.24 | 01/01/2015-01/01/2017 | $793.82 | $24,494.00 | $574.99 | $25,068.99 | | P&I |
| 12/15/2020 | $1,313.25 | POST | 11/1/20 | | $1,394.21 | -$80.96 | | $80.96 | $698.28 | | | | $574.99 | $25,068.99 | | |
| 1/14/2021 | $1,394.21 | POST | 12/1/20 | | $1,394.21 | $0.00 | | | $698.28 | | | | $574.99 | $25,068.99 | | |
| 1/14/2021 | $80.96 | | | | | $80.96 | $80.96 | | $779.24 | | | | $574.99 | $25,068.99 | | |
| 1/14/2021 | $1,271.33 | pre | | | | $1,271.33 | | | $779.24 | | $1,271.33 | $1,622.34 | $223.98 | $26,340.32 | | Prepetition Fees |
| 2/10/2021 | $1,394.21 | POST | 1/1/21 | | $1,394.21 | $0.00 | | | $779.24 | | | | $223.98 | $26,340.32 | | |
| 2/10/2021 | $464.64 | pre | | | | $464.64 | $464.64 | | $1,243.88 | | $464.64 | | $688.62 | $26,804.96 | | |
| 3/22/2021 | $935.50 | POST | 2/1/21 | | $1,394.21 | -$458.71 | | | $1,243.88 | | | | $688.62 | $26,804.96 | | |
| 4/16/2021 | $1,848.16 | POST | 03/01/2021-04/01/2021 | | $2,783.62 | -$935.46 | | $935.46 | $308.42 | | | | $688.62 | $26,804.96 | | |
| 4/16/2021 | $1,476.09 | pre | | | | $1,476.09 | | | $308.42 | | $1,476.09 | $1,273.25 | $891.46 | $28,281.05 | | Escrow shortage |
| 5/18/2021 | $1,391.83 | Post | 5/1/21 | | $1,391.83 | $0.00 | | | $308.42 | | | | $891.46 | $28,281.05 | | |
| 5/18/2021 | $499.17 | Pre | | | | $499.17 | | | $308.42 | | $499.17 | | $1,390.63 | $28,780.22 | | |
| 6/10/2021 | $1,391.83 | Post | 6/1/21 | | $1,391.83 | $0.00 | | | $308.42 | | | | $1,390.63 | $28,780.22 | | |

| Date | Amount | Pre/Post | Date | Amount | Amount | | Amount | | Amount | | Amount | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/10/2021 | $499.17 | Pre | | | | $499.17 | | $308.42 | $499.17 | | $1,889.80 | $29,279.39 | |
| 7/8/2021 | $1,391.83 | Post | 7/1/21 | $1,391.83 | | $0.00 | | $308.42 | | | $1,889.80 | $29,279.39 | |
| 7/8/2021 | $1,160.67 | Pre | | | | $1,160.67 | | $308.42 | $1,160.67 | | $3,050.47 | $30,440.06 | |
| 8/12/2021 | $1,391.83 | Post | 8/1/21 | $1,391.83 | | $0.00 | | $308.42 | | | $3,050.47 | $30,440.06 | |
| 8/12/2021 | $646.17 | Pre | | | | $646.17 | | $308.42 | $646.17 | | $3,696.64 | $31,086.23 | |
| 9/13/2021 | $1,391.83 | Post | 9/1/21 | $1,391.83 | | $0.00 | | $308.42 | | | $3,696.64 | $31,086.23 | |
| 9/13/2021 | $1,160.67 | Pre | | | | $1,160.67 | | $308.42 | $1,160.67 | | $4,857.31 | $32,246.90 | |
| 10/11/2021 | $1,391.83 | Post | 10/1/21 | $1,391.83 | | $0.00 | | $308.42 | | | $4,857.31 | $32,246.90 | |
| 10/11/2021 | $131.67 | Pre | | | | $131.67 | | $308.42 | $131.67 | | $4,988.98 | $32,378.57 | |
| 11/8/2021 | $1,391.83 | Post | 11/1/21 | $1,391.83 | | $0.00 | | $308.42 | | | $4,988.98 | $32,378.57 | |
| 11/8/2021 | $1,121.27 | Pre | | | | $1,121.27 | | $308.42 | $1,121.27 | | $6,110.25 | $33,499.84 | |
| 12/7/2021 | $1,391.83 | Post | 12/1/21 | $1,391.83 | | $0.00 | | $308.42 | | | $6,110.25 | $33,499.84 | |
| 12/7/2021 | $614.65 | Pre | | | | $614.65 | | $308.42 | $614.65 | | $6,724.90 | $34,114.49 | |
| 1/18/2022 | $1,391.83 | Post | 1/1/22 | $1,391.83 | | $0.00 | | $308.42 | | | $6,724.90 | $34,114.49 | |
| 1/18/2022 | $466.88 | Pre | | | | $466.88 | | $308.42 | $466.88 | $7,191.78 | $0.00 | $34,581.37 | |
| | | | | | | | | $308.42 | | | $0.00 | $34,581.37 | |
| Post Due | | | 2/1/22 | $1,391.83 | | -$1,391.83 | | $308.42 | | | $0.00 | $34,581.37 | |
| | | | | | | $0.00 | | $308.42 | | | $0.00 | $34,581.37 | |

(remaining rows: $0.00 / $308.42 / $0.00 / $34,581.37 repeating)

## CERTIFICATE OF SERVICE

On February 11, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Travis A. Gagnier
gagnierecf@bestbk.com

US TRUSTEE
USTPRegion18.SE.ECF@usdoj.gov

CHAPTER 13 Trustee
Michael G. Malaier
ecfcomputer@chapter13tacoma.org

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice


On February 11, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Jason Albert Overton
22022 127th St E
Bonney Lake, WA 98391

DEBTOR
Rosemarena Mae Overton
22022 127th St E
Bonney Lake, WA 98391

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice